UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:03-CR-62 |
| | ) | |
| GARY MUSICK | ) | |

**O R D E R**

This criminal matter is before the Court to address the defendant's pending motions regarding his juvenile court records. After careful consideration of the record as a whole, it is hereby **ORDERED** as follows:

1. Defendant Gary Musick's Motion to Suppress any Information Pertaining to Juvenile Proceedings for Consideration at Sentencing is **DENIED**. [Doc. 569]. This information may be utilized pursuant to ***Tenn. Code Ann.*** §37-1-133(b).

2. Defendant Gary Musick's Motion for Disclosure of Information Necessary [sic] Contest and Suppress Information Illegally Obtained for the Purpose of Increasing Defendant's Sentence is **DENIED** because such evidence

is not illegally obtained pursuant to *Tenn. Code Ann.* § 37-1-133(b), and the defendant cites no authority for his contentions. [Doc. 570].

ENTER:

s/J. RONNIE GREER<br>
UNITED STATES DISTRICT JUDGE