UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 2:03-CR-62 |
| ) | |
| GARY MUSICK ) | |

**O R D E R**

This criminal matter is before the Court to address the Defendant's Objections and Suggested Corrections to the Judgment. Both of the defendant's objections address Page 1 of the Judgment in a Criminal Case .

The defendant first contends that the Nature of the Offense on Page 1 should read "Conspiracy to Distribute and Possession with the Intent to distribute less than 50 grams of Cocaine." The Court finds that the Nature of the Offense correctly reads "a quantity of cocaine" because the jury verdict form in this case specifically states that the defendant was found guilty of a conspiracy to distribute and to possess with the intent to distribute a quantity of cocaine.

Page 1 of the Judgment in a Criminal Case also shows that the

defendant was found not guilty of Count 2. The Court FINDS that there is no reason to amend Page 1 to reflect anything else in regard to Count 2.

Accordingly, it is hereby **ORDERED** that the Defendant's Objections and Suggested Corrections to the Judgment are **DENIED**.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE